1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAMEEDH AL AZZAWI, | No. 2:16-cv-0093 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION ORGANIZATION, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff alleges diversity as the basis for subject matter jurisdiction. The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this action, plaintiff complains about actions taken by defendant arbitrators, who are located in New York, New York. Therefore, plaintiff's claim should have been filed in the United States District Court, Southern District of New York. In the interest of justice, a federal

1

court may transfer a complaint filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court, Southern District of New York, Manhattan Division.

Dated:  January 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 azzawi0093.tra

2